EDWARD M. TEITELBAUM, P.C.
66 Route 17 North
Paramus, New Jersey 07652
(201) 291-8660
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NIA SECURITIES, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION NO.:2:08-cv-01148-FSH-PS |
| -vs- | : | |
| RODNEY SQUARE MANAGEMENT CORP., CRAMER ROSENTHAL McGLYNN, LLC; AND WILMINGTON TRUST CORPORATION, jointly, severally and individually, | : | |
| Defendant | : | |

## NOTICE OF MOTION TO AMEND THE COMPLAINT

SIRS:

**PLEASE TAKE NOTICE** that the undersigned attorneys for NIA Securities, LLC, the Plaintiff herein, will move before the United States Magistrate Patty Shwartz, at the United States District Court for the District of New Jersey, Courtroom 10, U.S. Post Office and Courthouse Building, 2 Federal Square, Newark, New Jersey, on the **3rd** day of **November, 2008**, at **10:00 A.M.** or as soon thereafter as counsel may be heard, for Order Granting Plaintiff Leave to File and Serve an Amended Complaint pursuant to F.R.C.P. 15.(a)(2).

**PLEASE TAKE FURTHER NOTICE**, that the undersigned will rely upon the annexed Certification of Edward M. Teitelbaum, Esq. A form of Order is enclosed.

The moving party submits that pursuant to L.Civ.R. 7(d)(4) no brief is necessary in support of this motion insofar as it does not present any complex issues of law.  In the event that the Court requires a brief on this matter, or, an objection is filed, counsel for movant reserves the right to submit a brief in support of its motion.

**PLEASE TAKE FURTHER NOTICE** that unless an objection(s) is/are timely filed and served, the motion shall be deemed uncontested and the relief may be granted without a hearing.

EDWARD M. TEITELBAUM, P.C.
Attorneys for Plaintiffs

BY:_____
          EDWARD M. TEITELBAUM, ESQ.
          ET 2729

Dated: October 10, 2008

2