UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NIA SECURITIES, LLC | : | Civil Action No. 08-1148(FSH) |
| Plaintiff | : | |
| v. | : | |
| | : | ORDER |
| RODNEY SQUARE MANAGEMENT CORP. | : | |
| Defendant | : | |

This matter having come before the Court by way of motion for leave to file an Amended Complaint;

and the Chambers of the Undersigned being telephonically advised on October 20, 2008 that the parties have settled the case;

and the settlement of the case rending the motion moot;

IT IS THEREFORE ON THIS 20th day of October, 2008

ORDERED that the motion for leave to file an Amended Complaint [Docket No. 15] is terminated as moot.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**